## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION

| | | |
|---|---|---|
| **In re: DUSTIN J. KOEHLER** | ) | CASE NO.: 16-50264 |
| **CHRISTINA M. KOEHLER** | ) | |
| Debtors | ) | Chapter 7 |
| | ) | |
| | ) | JUDGE: **Hon. C. KATHRYN PRESTON** |
| | ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND REQUEST FOR NOTICES ON BEHALF OF
### THE STATE OF OHIO, DEPARTMENT OF TAXATION

PLEASE TAKE NOTICE that TIMOTHY E. J. KECK, hereby withdraws his previously filed Notice of Appearance for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), on February 9, 2016, as a separate special counsel has already made an appearance in this matter and duplicate counsel is not necessary. The previous appearance by Counsel for the Ohio Department of Taxation, BRIAN M. GIANANGELI, shall remain intact.

*Respectfully Submitted*,

**MIKE DEWINE,**
**ATTORNEY GENERAL OF OHIO**

**By:**

/s/: *Timothy E. J. Keck*
TIMOTHY E. J. KECK (0086822)
*Counsel for the State of Ohio,*
*Department of Taxation*
**POHLER & ASSOCIATES, L.L.C.**
The Taylor Professional Building
6445 East Livingston Avenue
Reynoldsburg, Ohio 43068
Telephone: (614) 459-2700
Facsimile: (614) 577-8022
Email: tkeck@pohlerlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Special Limited Notice of Appearance was served by U.S. Mail and/or electronically via ECF, this the 10th day of February, 2016, upon the following:

**DUSTIN J. KOEHLER**
2570 Carroll Southern Road
Carroll, OH 43112
*Debtor*

**CHRISTINA M. KOEHLER**
2570 Carroll Southern Road
Carroll, OH 43112
*Debtor*

**LEANN R. DEETER, Esq.**
*AMOURGIS & ASSOCIATES*
4449 Easton Way,
Suite 200
Columbus, Ohio 43219
*Counsel for the Debtors*

**BRIAN M. GIANANGELI, Esq.**
*LAW OFFICE OF CHARLES MIFSUD, L.L.C.*
6305 Emerald Parkway
Dublin, Ohio 43016
*Counsel for the State of Ohio,
Department of Taxation*

**OFFICE OF THE
UNITED STATES TRUSTEE**
170 North High Street,
Suite 200
Columbus, OH 43215

**FRANK M. PEES, Esq.**
130 East Wilson Bridge Road,
Suite 200
Worthington, OH 43085
*Chapter 7 Trustee*

/s/: *Timothy E. J. Keck*
TIMOTHY E. J. KECK (0086822)
**POHLER & ASSOCIATES, L.L.C.**